Argued July 1, affirmed July 25, 1977

In the Matter of the Marriage of
HENDERSON, *Appellant,*
*and*
HENDERSON, *Respondent.*
(No. D76 06 08083, CA 7913)
566 P2d 559

Francis E. Harrington, Portland, argued the cause and filed the brief for appellant.

Daniel A. Arreola, Gresham, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Fort, Judges.

PER CURIAM.

Affirmed. *Maley and Maley,* 28 Or App 597, 560 P2d 309 (1977); *Hockema and Hockema,* 18 Or App 273, 524 P2d 1238 (1974). No costs to either party.